IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART N. ABRAMSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:14cv104 |
| ) | **Electronic Filing** |
| **HURON LAW GROUP, PLLC** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 2nd day of April, 2014, it appearing to the court that the parties have agreed to an amicable resolution of this matter,

IT IS ORDERED that the clerk shall remove this case from the docket for administrative purposes.

IT IS FURTHER ORDERED that, in the event either party fails to execute the settlement agreement, the case shall be reinstated to the docket upon written request of either party.

IT IS FINALLY ORDERED that the court shall retain jurisdiction to enforce the terms of the settlement agreement of the parties. Shaffer v. GTE North, Inc., No. 01-1486 (3rd Cir. March 28, 2002).

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc:   Clayton S. Morrow, Esquire
      Charity A. Olson, Esquire

      (*Via CM/ECF Electronic Mail*)