**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division**

Stewart N. Abramson
    Plaintiff

Case No. 2:14-cv-00104-DSC

v.

Huron Law Group, PLLC
    Defendant

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Stewart N. Abramson ("Plaintiff"), and Defendant, Huron Law Group, PLLC ("Defendant"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant with each side to bear its own fees and costs.

Dated this 20th day of May, 2014.

/s/ *Clayton S. Morrow*
Clayton S. Morrow
Pa. I.D. No. 53521
Morrow & Artim, PC
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
Telephone: (412) 281-1250
Attorney for Plaintiff

/s/ *Charity A. Olson*
Charity A. Olson, Esquire
OLSON LAW GROUP
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Phone (734) 222-5179
Attorney for Defendant



AND NOW, this 22nd day of May, 2014, IT IS SO ORDERED.

UNITED STATES DISTRICT J.